AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
2016 JAN -4 P 1:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

Shondolyn R Blevins
_____
Petitioner

v.                                    Case No. _____
                                      (Supplied by Clerk of C___)

Warden Adducci Washington             CV-16-AR-0011-W
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Shondolyn Richelle Blevins
    (b) Other names you have used: _____
2.  Place of confinement:
    (a) Name of institution: Federal Correctional Institute - Aliceville
    (b) Address: Post Office Box 4000, Aliceville, Alabama 35442
    (c) Your identification number: 15329-035
3.  Are you currently being held on orders by:
    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain: _____

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: U.S. District Court Western District of Louisiana Monroe, Division
        (b) Docket number of criminal case: 3:12-cr-00142
        (c) Date of sentencing: Resentenced January 5, 2015
    ☐ Being held on an immigration charge
    ☐ Other (explain): _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other *(explain):* The UNConstitutional Structure of the Bureau of Prisons Administrative Remedy Procedure

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: _____

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):* That My Counselor's refusal to provide Me the correct forms to initiate and/or proceed to the next step of the Administrative Remedy is UNConstitutional. Structure of the Administrative Remedy is UNConstitutional

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes      ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: My Counselor refused to issue me the correct forms to proceed to the next step. Ignored my numerous written and oral requests!

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**

    Does this case concern immigration proceedings?

    ☐ Yes        ☒ No

    If "Yes," provide:

    (a) Date you were taken into immigration custody: _____
    (b) Date of the removal or reinstatement order: _____
    (c) Did you file an appeal with the Board of Immigration Appeals?

        ☐ Yes        ☐ No

        If "Yes," provide:
        (1) Date of filing: _____
        (2) Case number: _____
        (3) Result: _____
        (4) Date of result: _____
        (5) Issues raised: _____

        _____
        _____
        _____
        _____

    (d) Did you appeal the decision to the United States Court of Appeals?

        ☐ Yes        ☐ No

        If "Yes," provide:
        (1) Name of court: _____
        (2) Date of filing: _____
        (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____
_____
_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____
_____
_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** That the Federal Bureau of Prison's Administrative Remedy is Unconstitutionally Structured, difficult to traverse And Allows too Much room for staff interpretation

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The requirement that I obtain a form from Counselor to initiate Grievance proceedings is unconstitutional. This form should be accessible to inmate at all times. That I must explain to staff why I wish to submit a grievance on them is an act of intimidation and a deterrent. Staff manipulate time limits to cause you to default.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes      ☐ No

**GROUND TWO:** That the refusal of my Counselor Ms. Lavanta's refusal to issue me the correct form to initiate an Administrative Remedy is unconstitutional.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

On or about 10-19-2015 I began requesting a BP S½ so that I may initiate grievance proceedings regarding my living conditions. I did request, spoke to her orally and even requested the proper forms from other staff all to no avail. My repeated requests went unanswered and ignored. On 12-4-2015 I submitted another Remedy and Counselor refused to provide form to proceed to next step.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes      ☐ No

**GROUND THREE:** That the complete disregard of my request for paperwork to proceed to the next step of the Administrative Remedy is unconstitutional.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

On 11-24-2015 I submitted to my Counselor Ms. Lavanta several BP S½ asking they be scanned into the system, one of which was regarding her conduct. Counselor Lavanta never actually submitted grievance and when I kept requesting the correct form to proceed to the next step she refused.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes      ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** That once an Inmate has Attempted to initiate Grievance Procedures or taking the steps outlined in Policy And Staff have impeded Access Inmate has Exhausted Remedy And Able to file in Court.

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
I Contend that once an inmate has taken the Action Set forth in the Administrative Remedy Guidelines And Staff use their Position of Authority to impede or block Access then inmate has exhausted Remedy And Able to Proceed to Courts.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I believe I took the Proper Actions. That the Conduct of Staff Violated My right to Seek redress And Exhaust Administrative Remedy.

**Request for Relief**

15. State exactly what you want the court to do: Order the Bureau of Prisons to restructure the Administrative Remedy Procedure Making forms to initiate And Proceed to the Next Step Accessible And Able to download on Computer.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12-30-2015                   *Shondaliye R. Burns*
                                    Signature of Petitioner

                                    _____
                                    Signature of Attorney or other authorized person, if any